IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-182-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MURRAY POOL, JR. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Murray Pool, Jr., on September 12, 2017, the following property is hereby forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), as made applicable by Title 28, United States Code, Section 2461(c), to wit:

(1) Apple iMac desktop computer Model A1419, s/n C02MT2KWF8J4;

(2) Apple MacBook Air laptop computer Model 1466, s/n C17Q689FG940;

(3) Apple iPad Model Al566, s/n DLXQ80TMG5W3;

(4) Apple iPad Model A1474, s/n DMRLV0PHFKll;

(5) Gateway laptop computer Model Ml625, s/n GWTC81301NZ;

(6) Samsung cellphone Model SPH-M830, s/n 268435462910801430;

(7) Apple iPhone cellphone Model A1453, s/n 358760058767275;

(8) Cash seized at residence $219,660.00;

(9) Hotpicks, LLC BB&T account #0005203354519 - $420.44;

1

(10) Hotpicks, LLC BB&T account #0005203354519 - $3,089.83;

(11) Murray and Danielle Pool BB&T account #0005204441822 - $26,824.86;

(12) Danielle Pool Wells Fargo account #5488937904 - $2,929.00;

(13) 2015 Lexus Model LX570 SUV, Black, VIN: JTJHY7AX8F4170184;

(14) 2013 Lexus Model GS350 Sedan, Black, VIN: JTHBE1BL0D5028735;

(15) $1,497,000 in gross proceeds, provided that the other specific currency and bank accounts forfeited, as well as the net proceeds from the sale of any other items of property forfeited, shall be a credit to this amount;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said property, pursuant to 18 U.S.C. § 982 (a)(1)(C), as allowed by Fed. R. Crim. P. 32.2 (c)(2);

It is hereby ORDERED, ADJUDGED and DECREED:

1.   That based upon the Memorandum of Plea Agreement as to the defendant, Murray Pool, Jr., the United States is hereby AUTHORIZED to seize the above-stated property and currency, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3).  In

accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order and Judgment is final as to the defendant upon entry.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order and Judgment of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

3. With regard to the personal property only, pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General, the United States Department of Treasury, or the Director of the U. S. Department of Homeland Security directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

This 4 October 2017.

                                                W. Earl Britt
                                                Senior U.S. District Judge