IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CR-00182-BR-1

UNITED STATES OF AMERICA   )
                           )
        v.                 )
                           )
MURRAY POOL, JR.           )

**FINAL ORDER OF FORFEITURE**

WHEREAS, on October 4, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 981(a)(1)(C), as made applicable by Title 28 U.S.C. § 2461, and agreeing to the forfeiture of the property listed in the October 4, 2017 Preliminary Order of Forfeiture, to wit:

(1) Apple iMac desktop computer Model A1419, s/n C02MT2KWF8J4;

(2) Apple MacBook Air laptop computer Model 1466, s/n C17Q689FG940;

(3) Apple iPad Model Al566, s/n DLXQ80TMG5W3;

(4) Apple iPad Model A1474, s/n DMRLV0PHFKll;
(5) Gateway laptop computer Model Ml625, s/n GWTC81301NZ;

(6) Samsung cellphone Model SPH-M830, s/n 268435462910801430;

(7) Apple iPhone cellphone Model A1453, s/n 358760058767275;

(8) Cash seized at residence $219,660.00;

(9) Hotpicks, LLC BB&T account #0005203354519 - $420.44;

(10) Hotpicks, LLC BB&T account #0005203354519 - $3,089.83;

(11) Murray and Danielle Pool BB&T account #0005204441822 - $26,824.86;

(12) Danielle Pool Wells Fargo account #5488937904 - $2,929.00;

(13) 2015 Lexus Model LX570 SUV, Black, VIN: JTJHY7AX8F4170184;

(14) 2013 Lexus Model GS350 Sedan, Black, VIN: JTHBE1BL0D5028735;

(15) $1,497,000 in gross proceeds, provided that the other specific currency and bank accounts forfeited, as well as the net proceeds from the sale of any other items of property forfeited, shall be a credit to this amount;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between October 12, 2017 and November 10, 2017, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions, and said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's October 4, 2017 Preliminary Order of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject property listed in the October 4, 2017 Preliminary Order of Forfeiture is hereby forfeited to the United States. The United States Department of Treasury is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

This 22 February 2018.

_____
W. Earl Britt
Senior U.S. District Judge